**SO ORDERED.**

**DONE and SIGNED March 30, 2020.**

_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 17-80883 |
| | § | |
| Central Louisiana Home | § | Chapter 11 |
|   Healthcare, LLC | § | |
| | § | |
| Debtor | § | |

## Order

    Before the court is Debtor's objection (docket no. 14) to Claim No. 6-2 filed by the Internal Revenue Service. For the reasons stated in the Memorandum of Decision,

    **IT IS ORDERED** that the objection (docket no. 14) is hereby **OVERRULED** and Claim 6-2 is hereby allowed as modified by the Agreed Stipulation of Facts (docket no. 40).

###